**E-Filed 3/15/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERESA WALLEN, | Case Number C 09-4609 JF (HRL) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| MORTGAGE INVESTORS IV, LLC., et al., | |
| Defendants. | |

The Court has been advised that the parties have agreed to a settlement of this case.

IT IS HEREBY ORDERED that the case be dismissed with prejudice. However, if any party notifies the Court within ninety days of the date of this order that the agreed consideration for said settlement has not been delivered, this order will be vacated and the case will be restored to the calendar to be set for trial.

All hearings and/or trial dates set in this matter are VACATED.

Dated:  3/15/2010

_____
JEREMY FOGEL
United States District Judge

Case No. C 09-4609 JF (HRL)
ORDER OF DISMISSAL
(JFLC2)